IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-200-FL-RN

UNITED STATES OF AMERICA

v.

JAJCI MECHITO JOHNSON

**ORDER**

Upon motion from the United States, without the defendant's opposition, and for good cause shown, it is hereby ORDERED that the Superseding Indictment be amended to correct the name of the charged defendant from "Jajci Mechito Johnson" to "Jajci Mechito Johnson II."

IT IS SO ORDERED, this __10th__ day of October, 2025.

LOUISE W. FLANAGAN
United States District Judge